**COMMONWEALTH of Pennsylvania, Respondent**

v.

**John Michael PERZEL, Petitioner**

**No. 535 MAL 2015**

Supreme Court of Pennsylvania.

DECIDED: February 9, 2017

## ORDER

PER CURIAM

**AND NOW**, this 9th day of February, 2017, the Petition for Allowance of Appeal is **GRANTED**. The Order of the Superior Court is **VACATED** and this matter is **REMANDED** to the Superior Court to reconsider its decision in light of <u>Common-</u>

wealth v. Veon, 150 A.3d. 435, (Pa. 2016) (69 and 70 MAP 2015).

Justice Wecht did not participate in the consideration or decision of this matter.